No. 1054. BREEN ET AL. *v.* UNITED STATES. May 31, 1938. Petition for writ of certiorari to the Circuit Court of Appeals for the Second Circuit denied. *Mr. David V. Cahill* for petitioners. No appearance for the United States.

No. 1055. CALLAGHAN ET AL. *v.* BROOKLYN TRUST CO. May 31, 1938. Petition for writ of certiorari to the Circuit Court of Appeals for the Second Circuit denied. *Messrs. Emanuel Celler* and *Thomas Cradock Hughes* for petitioners. *Mr. Ralph W. Crolly* for respondent.

No. 1015. JOHNSON *v.* IGLEHEART BROTHERS, INC. May 31, 1938. Petition for writ of certiorari to the Circuit Court of Appeals for the Seventh Circuit denied. *Mr. Albert Stump* for petitioner. *Messrs. George S. Herr, Lester E. Waterbury,* and *Oscar McPeak* for respondent.

No. 1058. CENTRAL EXECUTIVE COUNCIL OF REMINGTON RAND EMPLOYEES' ASSNS. *v.* NATIONAL LABOR RELATIONS BOARD. May 31, 1938. Petition for writ of certiorari to the Circuit Court of Appeals for the Second Circuit denied. *Messrs. Charles H. Houston* and *Leon A. Ransom* for petitioner. No appearance for respondent.

No. 1011. GOLDSTONE *v.* PAYNE. May 31, 1938. Petition for writ of certiorari to the Circuit Court of Appeals